**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1691**

_____

TAQI EYR HHAMUL HESED EL, a/k/a Bro T. Hesed-El,

Plaintiff - Appellant,

v.

ROBIN BRYSON, Licensed Clinical Social Worker, in his individual and official capacity; MISSION HOSPITAL, INC.,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:21-cv-00305-MR-WCM)

_____

Submitted:  September 9, 2025                    Decided:  October 31, 2025

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bro T. Hesed-El, Appellant Pro Se.  David Chase Hawisher, Phillip Theodore Jackson, Benjamin Harris Van Steinburgh, ROBERTS & STEVENS, PA, Asheville, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bro T. Hesed El appeals from the district court's orders granting in part and denying in part two defendants' motion to dismiss, granting the remaining defendants' motion for summary judgment, and denying several other of Hesed El's motions related to his gross negligence, negligent infliction of emotional distress, negligent supervision, and respondeat superior claims. We have reviewed the record in conjunction with the arguments Hesed El raises on appeal and discern no reversible error. Accordingly, we affirm the district court's orders. *Hesed El v. Bryson*, No. 1:21-cv-00305-MR-WCM (W.D.N.C. Aug. 16, 2022; Nov. 28, 2023; Apr. 1, 2024; May 28, 2024; June 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFRIMED*